**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: August 28, 2009
Court Reporter:       Paul Zuckerman
Probation Officer:    Jeannette Woll

Criminal Action No. 08-cr-00365-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,                    Pegeen Rhyne
                                                    Matthew Kirsch

            Plaintiff,

v.

PETER T. JENNINGS,                           Christopher Decker

            Defendant.

_____

**SENTENCING MINUTES**
_____

**2:03 p.m.      Court in session**.

Defendant present on bond.

**Change of Plea Hearing on April 16, 2009.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does**  request departure. Argument by Ms. Rhyne.  The Defendant has no objection.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant and defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Oral findings are made of record.

**ORDER:**       Government's Motion for Downward Departure (**Doc. #548**) is **GRANTED.**

**ORDER:**       Defendant's Motion for Variant Sentence (**Doc. #533**) is **DENIED as moot.**

**ORDER:**       **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**       Bond is exonerated.

**2:38 p.m.**       **Court in recess.**

Total Tim       35 minutes
Hearing concluded.